### 12553.   MUSE *v.* JONES.

The sole question in the case being one of fact, upon which the evidence is in conflict, the judgment overruling the motion for a new trial is affirmed.

DECIDED OCTOBER 7, 1921.

Complaint; from Carroll superior court — Judge Irwin. April 28, 1921.

*Emmett Smith,* for plaintiff in error. *Boykin & Boykin,* contra.

HILL, J.   This was a suit for commissions alleged to be due on the sale of an automobile. The suit was filed in a justice's court, where a verdict was rendered for the plaintiff, and an appeal was taken to the superior court, where a verdict was again rendered for the plaintiff. The evidence was conflicting and the sole question is a question of fact. There was sufficient evidence to authorize the verdict, and this verdict has the approval of the trial judge.

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*